Adolph Prochownick et al., Appellants, *v.* Eugene S. Boyd et al., Respondents.

(Submitted January 29, 1890; decided February 25, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1888, which affirmed a judgment in favor of defendants entered upon a verdict and affirmed an order denying a motion for a new trial.

*Nathan Bijur* for appellants.

*David Barnett* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.